No. 74–5336.   ESSER v. TRIPODI ET AL.   C. A. 3d Cir. Certiorari denied.

No. 74–5338.   McCANTS v. ALABAMA.   C. A. 5th Cir. Certiorari denied.

No. 74–5339.   HARTMANN v. NEW YORK ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 74–5342.   CASTAPHNEY v. UNITED STATES;
No. 74–5344.   BROWN v. UNITED STATES; and
No. 74–5345.   GOSHAY v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Reported below: 500 F. 2d 1399 and 1400.

No. 74–5346.   KESSLER v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 74–5355.   HARRIS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 74–5356.   PAUL v. NEW MEXICO.   C. A. 10th Cir. Certiorari denied.

No. 74–5358.   D'AMICO ET AL. v. LIBERTY CORP. ET AL. Sup. Ct. Pa.   Certiorari denied.

No. 74–5361.   CROSS v. CHURCH, COUNTY CLERK-RECORDER.   C. A. 9th Cir.   Certiorari denied.

No. 74–5362.   FRIEDMAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–5377.   FARRIES v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–5380.   YOPP v. MICHIGAN.   Sup. Ct. Mich. Certiorari denied.